JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT V. BATTERTON, II & CO., INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants. | Case No. CV13-02354 PA (VBKx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  October 15, 2012<br><br>District Judge:　Hon. Percy Anderson<br>Dept:　　　　　　15<br><br>Magistrate:　　　Hon. Victor B. Kenton<br>Dept:　　　　　　590<br>Trial Date:　　　Not Set |

1   Having considered the Stipulation to Dismiss Entire Action With Prejudice by
2   and between the parties, the Court hereby orders this action to be dismissed with
3   prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party
4   shall bear their own attorneys' fees and costs.

6   IT IS SO ORDERED.

9   Dated: August 7, 2013

_____
Hon. Percy Anderson
United States District Judge